## STOCKTON ET AL. *v.* HALSTEAD ET AL.

[No. 22,215.    Filed December 17, 1912.    Motion to Reinstate Over-
ruled January 7, 1913.]

From Jasper Circuit Court; *E. B. Sellers,* Special Judge.

Proceedings instituted before the Board of Commissioners of
Jasper County by Everett Halstead and others for the improve-
ment of a certain highway, against which Almira M. Stockton and
others remonstrated.    From a judgment of the circuit court against
the remonstrants, this appeal is prosecuted.    *Appeal dismissed.*

*W. H. Parkinson,* for appellants.
*Frank Foltz, Philip R. Blue* and *George A. Williams,* for appel-
lees.

Illinois Surety Co. *v.* Indianapolis, etc., Fuel Co.—179 Ind. 702.

Cox, J.—The questions presented by the record in this case are in all respects the same as those involved in the case of *Stockton* v. *Yeoman* (1913), *ante* 61, 100 N. E. 2, and upon the authority of that case the appeal in this is dismissed.